1010

[No. 24812-0-I. Division One. December 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM LEWIS CONNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00720-3, Charles V. Johnson, J., entered September 14, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, J., Forrest, J., dissenting.

[No. 24294-6-I. Division One. December 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00004-3, Michael F. Moynihan, J., entered May 25, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis and Winsor, JJ.

[No. 25266-6-I. Division One. December 31, 1990.]

JOHN VEALE, *Plaintiff,* v. AC&S, INC., ET AL, *Defendants.*

AMERICAN STANDARD, INC., *Respondent,* v. WHITE CONSOLIDATED INDUSTRIES, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-16457-0, Nancy A. Holman, J., entered November 28, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, A.C.J., and Pearson, J. Pro Tem.